UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN - 7 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MARIUS W. AUGUSTE, )
)
Plaintiff, )
)
v. ) Civil Action No.
) 12 0925
SUPERIOR COURT OF THE )
DISTRICT OF COLUMBIA, )
)
Defendant. )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed *in forma pauperis* and a *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that, on January 31, 2007, he filed in the Superior Court of the District of Columbia a post-conviction motion for correction of sentence. To date, he states, the Superior Court has not yet ruled on the motion. He asks this Court to issue a writ of mandamus compelling the Superior Court to rule on the pending post-conviction motion. This Court has no such jurisdiction, and declines to intervene in a matter pending before the Superior Court. *See, e.g., Mooreman v. U.S. Bank, N.A.*, No. 10-1219, 2010 WL 2884661, at *1 (D.D.C. July 10, 2010); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995).

Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 5/31/12

_____
United States District Judge